UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL SECURITY ARCHIVE,

*Plaintiff*,

v.

CENTRAL INTELLIGENCE AGENCY,

*Defendants*.

Civil Action No. 21-2857 (JEB)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on January 4, 2022, Plaintiff, the National Security Archive ("NSA") and the Central Intelligence Agency ("Defendant"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report.

1.      This matter arises out of a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request made by Plaintiff to Defendant seeking the disclosure of records, specifically Lieutenant General Leonard Perroots' January 1989 "End of Tour Report Addendum" and March 1989 "End of Tour Report."  Plaintiff filed a Complaint on October 27, 2021.  *See* ECF No. 1.

2.      Defendant filed an Answer on January 4, 2022.

3.      Defendant has located the requested records and the requested record currently is being coordinated with external agency stakeholders. Once coordination is complete, Defendant will conduct a final review, and pending any further issues, produce a releasable document to Plaintiff.  Defendant anticipates a production in early-March, to allow time for coordination.

4.      In light of the above, the parties propose that their next status report be due on or before March 31, 2022, so the parties can report to the Court on the progress being made and

whether they will need this Court's assistance in resolving this case.  Should issues arise earlier

that necessitate the Court's intervention, the parties will file an interim status report at that time.

Dated: January 18, 2022                    Respectfully submitted,

*/s/ Hilary Jacobs*
John S. Guttmann
D.C. Bar No. 251934
Hilary T. Jacobs
D.C. Bar No. 1021353
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, D.C. 20036
(202) 789-6020
jguttmann@bdlaw.com
hjacobs@bdlaw.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ T Anthony Quinn*
T. ANTHONY QUINN
Assistant United States Attorney
D.C. Bar No. 415213
555 Fourth Street, NW
Washington, D.C. 20530
(202) 252-7558
tony.quinn2@usdoj.gov

*Counsel for Defendant*