UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendants*. | Civil Action No. 21-2857 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on January 4, 2022, Plaintiff, the National Security Archive ("NSA"), and Defendant, the Central Intelligence Agency ("Defendant"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report.

1. This matter arises out of a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request seeking the disclosure of a record, specifically Lieutenant General Leonard Perroots' January 1989 "End of Tour Report Addendum."

2. Following coordination with external agency stakeholders, the requested record is being finalized. Pending any issues, Defendant anticipates a production by mid-April.

3. In light of the above, the parties propose that their next status report be due on or before April 29, 2022, so the parties can report to the Court on the progress being made and whether they will need this Court's assistance in resolving this case. Should issues arise earlier that necessitate the Court's intervention, the parties will file an interim status report at that time.

Dated: March 31, 2022                     Respectfully submitted,

*/s/ Hilary Jacobs*
John S. Guttmann
D.C. Bar No. 251934
Hilary T. Jacobs
D.C. Bar No. 1021353
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, D.C. 20036
(202) 789-6020
jguttmann@bdlaw.com
hjacobs@bdlaw.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ T Anthony Quinn*
T. ANTHONY QUINN
Assistant United States Attorney
D.C. Bar No. 415213
555 Fourth Street, NW
Washington, D.C. 20530
(202) 252-7558
tony.quinn2@usdoj.gov

*Counsel for Defendant*