# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| NATIONAL SECURITY ARCHIVE, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 21-2857 (JEB) |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, the Central Intelligence Agency, hereby moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h). For the reasons stated in Defendant's statement of points and authorities and as supported by Defendant's statement of undisputed material facts, each filed today, Defendant respectfully requests that the Court enter judgment on their behalf as to all claims against them in this litigation.

Dated: July 27, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ James R. Powers
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-0543
Email: james.r.powers@usdoj.gov

*Counsel for Defendant*