IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. )<br>) | Civil Action No. 21-2857 (JEB) |

**DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(h)(1), Defendant submits the following statement of material facts as to which there is no genuine dispute in support of its Motion for Summary Judgment.

1. On August 2, 2021, Plaintiff the National Security Archive submitted a FOIA request to CIA, requesting only one document, the "January 9, 1989 'End of Tour Report (Addendum) General Perroots.'" Holm Decl. ¶ 6.

2. CIA acknowledged receipt of Plaintiff's request on August 11, 2021. Holm Decl. ¶ 7.

3. Plaintiff filed this lawsuit on October 27, 2021, pursuant to its FOIA request. Compl., ECF No. 1.

4. CIA located the requested document, which consisted of a cover letter and the requested memorandum. Holm Decl. ¶ 8.

5. Following coordination with external agency stakeholders, CIA sent a letter on April 15, 2022, stating that the document could be released in segregable form with redactions made on the basis of FOIA exemptions (b)(1) and (b)(3). Holm Decl. ¶ 9. CIA released the

1

cover letter to the memorandum with minor redactions but withheld the substance of the memorandum itself in full. *See* Ex. B.

6.  CIA determined that certain information in the responsive record is currently and properly classified, and thus exempt from disclosure under Exemption 1. Holm Decl. ¶ 11, 15.

7.  CIA has provided a declaration from an individual who is authorized to classify national security information, who has personally reviewed the information at issue and confirmed that it is owned and under the control of the United States. *Id.*

8.  Further, the declarant has determined that the information warrants classification to protect "'intelligence activities (including covert action), [or] intelligence sources or methods.'" *Id.* (quoting Exec. Order No. 13526 § 1.4(c)).

9.  As the Holm Declaration explains, the information withheld under Exemption 1 "consists of information that would tend to reveal specific intelligence activities, sources, and methods that are either still actively in use or which remain viable for use today." Holm Decl. ¶ 12.

10. CIA's invocation of Exemption 1 is further supported by the Government's classified submission provided today for the Court's *ex parte*, *in camera* review. *See* Holm Decl. ¶ 15.

11. CIA has invoked, pursuant to Exemption 3, the National Security Act to withhold information that, for the same reasons set forth above regarding CIA's Exemption 1 withholdings, "would reveal intelligence sources and methods." Holm Decl. ¶¶ 17–20.

12. CIA has further withheld information that, although not necessarily classified, would be revealing of intelligence sources and methods if released. Holm Decl. ¶ 19 (explaining for example the rationale for withholding "dissemination control methods" from the challenged

document).  Such information is expressly protected by Section 102A(i)(1) of this Act, and is correspondingly exempt from disclosure under Exemption 3.

13. CIA's invocation of Exemption 3 is further supported by the Government's classified submission provided today for the Court's *ex parte*, *in camera* review.  Holm Decl. ¶ 20.

14. CIA conducted a careful, line-by-line review of the responsive document, and withheld information only after the agency concluded that there was no additional reasonably segregable factual or non-exempt information responsive to the request that could be released. Holm Decl. ¶ 21.

Dated:  July 27, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ James R. Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-0543
Email: james.r.powers@usdoj.gov

*Counsel for Defendant*