# Exhibit B

Case 1:21-cv-02835-JEB Document 23-4 Filed 04/27/22 Page 2 of 5
Approved for Release: 2022/04/15 C06914245

(b)(1)

**DEFENSE INTELLIGENCE AGENCY** (b)(3) NatSecAct

WASHINGTON, D.C. 20340-

(b)(1)
(b)(3) NatSecAct

[ ] 1-89/DR                                                                                   9 January 1989

MEMORANDUM FOR                    (b)(1)
                                      (b)(3) NatSecAct

SUBJECT: End of Tour Report Addendum

The enclosed memorandum documents a chain of events and an important analytical problem that I believe the U.S. Intelligence Community has never adequately addressed. I raise it now once again as I leave the service because it remains one of the important loose-ends on my plate that has never been covered to my satisfaction, and because I believe there may be some important "lessons learned" as relates to our I&W capability and exercise planning.

*[signature]*

LEONARD H. PERROOTS
Lieutenant General, USAF (Retired)

1 Enclosure
Memo,
    (b)(1)
    (b)(3) NatSecAct

cc:
SECDEF
CJCS
NSC   (ATTN: Mr. Paul Stevens,
      Special Assistant to the
      President and Executive
      Secretary)
PFIAB (ATTN: Ms. Anne Armstrong,
      Chairman, President's
      Foreign Intelligence
      Advisory Board)

(b)(1)
(b)(3) NatSecAct

[ ] 5106-89
Copy 2 of 8

(b)(1)
(b)(3) NatSecAct

483009/89, Copy 1

(b)(1)
(b)(3) NatSecAct    **Upon physical** removal of enclosure this document Unclassified

Copy 1 of 8 Copies

Approved for Release: 2022/04/15 C06914245

Approved for Release: 2022/04/15 C06914245

(b)(1)
(b)(3) NatSecAct

Approved for Release: 2022/04/15 C06914245

Approved for Release: 2022/04/15 C06914245

(b)(1)
(b)(3) NatSecAct

Approved for Release: 2022/04/15 C06914245

Approved for Release: 2022/04/15 C06914245

(b)(1)
(b)(3) NatSecAct