IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 21-2857 (JEB) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendant, the Central Intelligence Agency's, motion for summary judgment, Plaintiff's response thereto, and the entire record before the Court, and for the reasons stated in Defendant's statement of points and authorities, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that pursuant to Fed. R. Civ. P. 56, summary judgment is hereby entered in Defendant's favor.

**SO ORDERED**.

JAMES E. BOASBERG
United States District Judge
District of Columbia