IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 21-2857 (JEB) |

**DEFENDANT'S ERRATA AND NOTICE OF FILING CORRECTED DECLARATION**

Defendant, the Central Intelligence Agency, hereby files this errata to inform the Court that the Declaration of Lauren Holm attached as Exhibit A to its motion for summary judgment, ECF No. 21, filed yesterday, mistakenly omitted the exhibits referenced in the declaration. A corrected declaration that contains the referenced exhibits is attached hereto. Defendant apologizes for any inconvenience this error caused the Court or the parties.

Dated: July 28, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ James R. Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-0543
Email: james.r.powers@usdoj.gov

*Counsel for Defendant*