UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant*. | Civil Action No. 21-2857 (JEB) |

## PLAINTIFF'S MOTION TO AMEND JUDGMENT

Plaintiff National Security Archive, by and through its counsel, respectfully submits this Motion to Amend the Court's October 4, 2022 Judgement pursuant to Federal Rule of Civil Procedure No. 59(e). For the reasons outlined in the accompanying memorandum, Plaintiff requests that the Court amend its prior order to require Defendant to subject the Perroots Memorandum to a reclassification review under Executive Order No. 13526.

Dated: October 21, 2022

Respectfully submitted,

*/s/ Hilary Jacobs*
John S. Guttmann
D.C. Bar No. 251934
Hilary T. Jacobs
D.C. Bar No. 1021353
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, D.C. 20036
(202) 789-6020
jguttmann@bdlaw.com
hjacobs@bdlaw.com

*Counsel for Plaintiff*